UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELLA CINEMA, BELLA MEDIA, INC., FRED J. WEINERT, AND STEPHEN CRISMAN,<br><br>         Plaintiffs,<br>    v.<br><br>IMAX CORPORATION,<br><br>         Defendant. | Case No.: 10-CV-05337-LHK<br><br>ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

A Case Management Conference is scheduled before the undersigned judge on March 16, 2011. Under Civil Local Rule 16-9, parties are required to submit a Joint Case Management Statement a week before the Case Management Conference. No Case Management Statement has been filed. Accordingly, the parties shall file a Joint Case Management Statement setting forth a proposed case schedule by Monday, March 14, 2011.

IT IS SO ORDERED.

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05337-LHK
ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT